UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISON

**DIANNE CO,**

    **Plaintiff,**   CASE NO.: 2018-cv-61520

vs.

**FIRSTSERVICE RESIDENTIAL FLORIDA, INC.,**

    **Defendant.**

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the Plaintiff, Dianne Co ("Plaintiff") and Defendant, FirstService Residential Florida, Inc., jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

**Consent of Counsel for Defendant**

Pursuant to Local Rule 1.05(d), the undersigned counsel for Plaintiff represents to the Court that counsel for FirstService Residential Florida, Inc., has authorized him to affix his electronic signature to this Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted this 16th day of November, 2018,

| | |
|---|---|
| /s/ Max Story_____ | /s/ Ronnie Guillen _____ |
| Max Story, Esq. | Ronnie Guillen, Esq. |
| Florida Bar No. 0527238 | Florida Bar No. 842001 |
| Austin J. Griffin, Esquire | Guillen.r@wssllp.com |
| Florida Bar No.: 117740 | Ilan A. Kairy, Esq. |
| 328 2nd Ave. North, Suite 100 | Florida Bar No. 120561 |
| Jacksonville Beach, FL 32250 | Kairy.i@wssllp.com |
| Phone: (904) 372-4109 | Winget, Spadafora & Schwartzberg, LLP |
| Fax: (904) 758-5333 | 14 NE 1st Avenue, Suite 600 |
| max@storylawgroup.com | Miami, FL 33132 |
| **Counsel for Plaintiff** | Phone: (305) 830-0600 |
| | Facsimile: (305) 830-0601 |
| | **Counsel for Defendant** |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the forgoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 16th day of November, 2018.

                              /s/ Max Story_____
                              Florida Bar:  0527238